KENT S. ROBINSON
Acting United States Attorney
District of Oregon
Mark O. Hatfield U.S. Courthouse
1000 S.W. 3rd Avenue, Suite 600
Portland, OR 97204-2902

ALEXIS V. ANDREWS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6432

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF OREGON

| | |
|---|---|
| D.N.,[1] <br><br> Plaintiff, <br><br> v. <br><br> United States of America, <br><br> Defendant. | Civil No. 09-6180-AA <br><br> UNITED STATES' MOTION TO DISMISS AND ALTERNATIVE MOTION FOR SUMMARY JUDGMENT |

The United States of America, by and through its undersigned counsel, hereby moves this Court to dismiss this action for failure to state a claim on which relief may be granted pursuant to Rules 12(b)(6) of the Federal Rules of Civil Procedure or, in the alternative, grant summary judgment in favor of the United States pursuant to Rules 12(d) and 56 of the Federal Rules of Civil Procedure.

---

[1] Pursuant to Local Rule 5.5(a)(2), Plaintiff is herein referred to by his initials.

UNITED STATES' MOTION TO DISMISS      - 1 -

A memorandum in support of this motion is submitted herewith.

DATED this 21st day of September, 2009.

                                        KENT S. ROBINSON
Acting United States Attorney
District of Oregon
Mark O. Hatfield U.S. Courthouse
1000 S.W. 3rd Avenue, Suite 600
Portland, OR 97204-2902

By:   /s/ Alexis V. Andrews
      ALEXIS V. ANDREWS
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044

Attorneys for the United States

UNITED STATES' MOTION TO DISMISS    - 2 -