Chris Hatfield  
OSB #872426  
cdhatfield@hurley-re.com  
Hurley Re, PC  
747 SW Mill View Way  
Bend, OR 97702  
Ph. (541) 317-5505  
Fax (541) 317-5507  
Attorney for Plaintiff D.N.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| D.N., <br><br> Plaintiff <br><br> v. <br><br> United States of America, <br><br> Defendant | Civil No. 09-6180-AA <br><br> RESPONSE TO UNITED STATES' MOTION TO DISMISS AND ALTERNATIVE MOTION FOR SUMMARY JUDGMENT <br><br> Pursuant to F.R.C.P 56(b) <br> Request for Oral Argument |

Plaintiff D.N., by and through undersigned counsel and pursuant to Rules 56(b) of the Federal Rules of Civil Procedure hereby submits this Response to United States' Motion to Dismiss and Alternative Motion for Summary Judgment. Plaintiff asks this Court to deny United States' Motion to Dismiss and Alternative Motion for Summary Judgment for the reasons stated in Plaintiff's Memorandum in Opposition to the same, and for the reason that Plaintiff has stated a claim upon which relief may be granted. Said supporting Memorandum, a Concise Statement of

**PAGE 1 -** RESPONSE TO UNITED STATES' MOTION TO DISMISS AND ALTERNATIVE MOTION FOR SUMMARY JUDGMENT

1 | Material Facts, the Affidavit of Dan Ousley, and the Affidavit of Chris Hatfield are submitted
2 | herewith.
3 |     Dated this 13th day of October, 2009.

    /s/ Chris Hatfield
    Chris Hatfield, Attorney for Plaintiff D.N.

**PAGE 2 -** RESPONSE TO UNITED STATES' MOTION TO DISMISS AND ALTERNATIVE MOTION FOR SUMMARY JUDGMENT

**CERTIFICATE OF SERVICE**

1
2
3     It is hereby certified that service of the foregoing RESPONSE TO DEFENDANT'S MOTION TO DISMISS AND DEFENDANT'S ALTERNATIVE MOTION FOR SUMMARY JUDGMENT has been made this 13th day of October, 2009, by placing copies in the United States Mail addressed to the following:

Kent S. Robinson
Acting United States Attorney
District of Oregon
Mark O. Hatfield U.S. Courthouse
1000 S.W. 3rd Avenue, Suite 600
Portland, OR 97204-2902
*Attorney for the United States of America*

Alexis V. Andrews
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
*Attorney for the United States of America*

/s/ Chris Hatfield
CHRIS HATFIELD
Attorney for Plaintiff D.N.
Hurley Re, P.C.
747 SW Mill View Way
Bend, OR 97702
Telephone: (541) 317-5505
Facsimile: (541) 317-5507
Email: cdhatfield@hurley-re.com

**PAGE 3 -** RESPONSE TO UNITED STATES' MOTION TO DISMISS AND ALTERNATIVE MOTION FOR SUMMARY JUDGMENT