UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

D. N.,

                **Plaintiff,**

                v.                Civil No. 09-6180-AA

UNITED STATES OF AMERICA,
                **Defendant.**
_____

## JUDGMENT

This action is dismissed.

Dated: December 9, 2009.


                MARY MORAN, CLERK


        by:    /s/ Leslie Engdall
                Leslie Engdall, Deputy


**JUDGMENT**                **DOCUMENT NO:** _____