1  CHRIS HATFIELD
   OSB #872426
2  CDHATFIELD@HURLEY-RE.COM
   HURLEY RE, PC
3  747 SW MILL VIEW WAY
   BEND, OR 97702
4  PH. (541) 317-5505
   FAX (541) 317-5507
5  ATTORNEY FOR PLAINTIFF D.N.

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                             DISTRICT OF OREGON
10

11
   D.N.,                                    Civil No.:  09-6180-AA
12
           Plaintiff
                                            NOTICE OF APPEAL
13
        v.
14

15 United States of America,
           Defendant
16

17     Notice is hereby given that plaintiff D.N. in the above named case hereby appeals to the

18 United States Court of Appeals for the Ninth Circuit from the Opinion and Order entered in this

19 action on the 11th day of December, 2009 and Judgment entered in this action on 11th day of

20 December 2009.

21
                                            HURLEY RE, PC
22
                                            /s/ Chris Hatfield
23                                          ─────────────────────────
                                            CHRIS HATFIELD OSB #872426
24                                          ATTORNEY FOR PLAINTIFF D.N.
                                            747 SW MILL VIEW WAY
25                                          Bend, OR 97702

PAGE 1 – NOTICE OF APPEAL

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing NOTICE OF APPEAL has been made this 7th day of January of 2010 , by placing copies in the United States Mail addressed to the following:

Kent S. Robinson
Acting United States Attorney
District of Oregon
Mark O. Hatfield U.S. Courthouse
1000 S.W. 3rd Avenue, Suite 600
Portland, OR 97204-2902
*Attorney for the United States of America*

Alexis V. Andrews
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
*Attorney for the United States of America*

/s/ Chris Hatfield
CHRIS HATFIELD
Attorney for Plaintiff D.N.
Hurley Re, P.C.
747 SW Mill View Way
Bend, OR 97702
Telephone: (541) 317-5505
Facsimile: (541) 317-5507
Email: cdhatfield@hurley-re.com

PAGE 2 – NOTICE OF APPEAL